# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DION HARRIS

NO. 2026 KW 0200

**JUNE 1, 2026**

---

In Re:    Dion Harris, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 615268.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to quash, the State's opposition, the transcript of the motion to quash hearing, the bill of information, the relevant criminal court minutes, and any other portions of the district court record that might support the claims raised in the motion. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before August 31, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.